

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2018

No. 04-18-00635-CV

**IN RE E.F., J.P.V., V.J.V., AND R.J.V., CHILDREN**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01049
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's unopposed first motion for an extension of time to file the appellant's brief is granted. We order appellant's court-appointed appellate counsel, Manuel Rodriguez, to file the appellant's brief by November 19, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court